IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 11-00302-03-CR-W-DW |
| | ) | |
| LORRIE R. DOLAN, | ) | |
| | ) | |
| Defendant. | ) | |

# ORDER

Pending before the Court is Magistrate Judge Larsen's Report and Recommendation (Doc. 147). After an independent review of the record, the Court ADOPTS the Magistrate's Report and Recommendation. Consequently, it is hereby ORDERED that:

(1) the Magistrate's Report and Recommendation (Doc. 147) be attached to and made part of this Order; and

(2) Defendant Lorrie R. Dolan is incompetent to be sentenced and to assist in her defense; and

(3) Defendant Lorrie R. Dolan shall be committed to the custody of the Attorney General for hospitalization and treatment pursuant to 18 U.S.C. § 4241(d).

IT IS SO ORDERED.

Date:   January 16, 2013                             /s/ Dean Whipple
                                                                    Dean Whipple
                                                         United States District Judge